8/20/15

Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

    Re: Cause No. PD-0704-15

Dear Clerk:

Please take notice of my change of address. My new address is listed below.

          Sincerely yours,

      X _Anthony David Teague_

        Anthony David Teague #1976916
        O.L. Luther Unit
        1800 Luther Drive
        Navasota, TX 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk